Timothy J. Forwood
Wyoming State Bar No. 6-4120
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
timothy.forwood@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 SEP 20  PM 1 10

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 18-CR-144-J |
| JAMES MICHAEL FREY, | |
| Defendant. | |

### PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual: **JAMES MICHAEL FREY**

DATED this _18_ day of September, 2018.

MARK A. KLAASSEN
United States Attorney

By: _/s/ Timothy J. Forwood_
TIMOTHY J. FORWOOD
Assistant United States Attorney

BOND SET AT: _No Bond_

_/s/ Alan B. Johnson_
NANCY D. FREUDENTHAL
United States District Court Judge