AO 442 (Rev. 11/11) Arrest Warrant

COPY

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 20 2018
4:17 pm
Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES MICHAEL FREY | ) Case No. | 18-CR-144-J |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES MICHAEL FREY,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 2252A(a)(5) - Access with Intent to View Child Pornography
Count 2: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) - Attempted Receipt of Child Pornography

Date: 09/20/2018

*Alan B. Johnson*
*Issuing officer's signature*

City and state: Cheyenne, Wyoming

Alan B. Johnson, United States District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*