

FILED
12:06 pm, 11/6/18
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.   Case Number:   18-CR-144-J

JAMES MICHAEL FREY

Defendant.

Date 11/6/18    Time 11:07 - 11:30    Before the Honorable    Kelly H. Rankin

☑ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☐ Initial Appearance   ☑ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Access with Intent to View Child Pornography; Attempted Receipt of Child Pornography

| Zachary Fisher | Monique Gentry | Kristen Danni |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Timothy J. Forwood | Justin Cline | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  T. Fleener & D. Peterson
☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

**BOND IS**  ☐ Defendant is detained
☑ Set at $ 10,000.00    ☐ Cash or Surety    ☑ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for: Date _____ Time _____
Judge _____

☑ Obey all laws, Federal, State and Local    ☑ Maintain current residence
☑ Seek/Maintain employment    ☑ Report to Pretrial Services as directed
☐ 3rd party custody of _____    ☐ Travel restricted to _____
☑ Not use or possess firearms/ammunition/explosives    ☐ Abide by the following curfew _____
☐ Not use or possess alcohol    ☑ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess    ☑ Avoid all contact with  minors under 18 except VF
☐ Submit to drug/alcohol testing    ☐ Post property or sum of money _____
☑ Do not obtain passport    ☐ Undergo medical/psychiatric treatment/exam
☑ Surrender passport to  USDC - Clerk in Cheyenne, WY    ☐ Mandatory DNA collection
☑ Other  Submit to Location Monitoring Program, submit to search
☑ Bail review / detention hearing    Date 11/6/18
☑ Defendant detained- Reasons  Released on $10,000.00 Unsecured Bond.

**Arraignment**

☐ Defendant waives indictment
☑ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
<u>1, 2            </u> of an  Indictment
☐ Guilty to count(s)
_____ of an  _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☑ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed  ☐ Days  ☐ On or Before  ☐ Discovery
☑ Trial date set for 1/14/19 at 1:30 PM Before Honorable   Alan B. Johnson  in Cheyenne, Wyoming (Courtroom 2)
☑ Speedy trial expires on 1/16/19
☐ Other